# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MICHAEL LEON WILLIAMS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 72548 |
| MICHAEL LEON WILLIAMS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 72549 |
| MICHAEL LEON WILLIAMS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 73241 |
| MICHAEL LEON WILLIAMS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 73243 |

FILED

AUG 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from an amended judgment of conviction. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

17-27699

Our review of these appeals reveals a jurisdictional defect. It appears that appellant was not aggrieved by the amended judgment of conviction because the district court did not make any substantive changes to the judgment, but simply added the number (NRS 207.010) of the large habitual criminal statute. *See* NRS 177.015 (only an aggrieved party may appeal). Accordingly, we conclude that we lack jurisdiction over these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Gibbons

_____, J.
Parraguirre

_____, J.
Stiglich

cc:     Hon. Susan Johnson, District Judge
        Michael Leon Williams
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk